```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                 HOT SPRINGS DIVISION
```

RYAN ALLEN NUTT                                              PLAINTIFF

v.                         Case no. 14-6032

LYNN BENEDICT, retired Trooper,
Arkansas State Police; JIMMY O.
THOMAS, Trooper, Arkansas State
Police; JANA BRADFORD, Deputy
Prosecuting Attorney; BRYAN CHESSHIR;
Prosecuting Attorney; and CLAY JANSKE,
Attorney                                                    DEFENDANTS

## ORDER

Now on this 6th day of March, 2015, there comes on for consideration the report and recommendation (Doc. 13) filed by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, in regard to a Motion for Summary Judgment (Doc. 17) filed by Defendant.  Also before the Court are Plaintiff's objections (Doc. 16).

The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Plaintiff's Complaint is DISMISSED WITH PREJUDICE on the grounds that the claims are frivolous, fail to state claims on which relief can be granted, are asserted against individuals immune from suit, or are not presently cognizable.  *See* 28 U.S.C. §§ 1915(e)(2)(B)(i)-(iii) &

1915A(b)(*in forma pauperis* action may be dismissed on such grounds at any time).

    IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge